

United States

v.

Lamont Mathieu

Filed: 1/7/08

Case No: 00-00367-001

Sentencing Judge:
Honorable Sarah S. Vance

**MOTION TO REDUCE
SENTENCE UNDER §3582(C)(2)**

COMES NOW defendant Lamont Mathieu, before this Honorable Court for the above said and following reasons. The Sentencing Commission recently took the estimable step of proposing guideline amendments to reduce the sentencing ranges for cases involving crack cocaine. Section 3582(c)(2) of Title 18 United States Code, provides that in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. §994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(A) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The Commission lists in §1B1.10(C) the specific guideline amendments, the court may apply retroactively under 18 U.S.C. §3582(c)(2). The magnitude of the change in the guideline range made by the amendment, specifically amendment 9 pertaining to offenses involving cocaine base (crack) and amendment 12 pertaining to certain criminal history rules, and should be included in

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__X__ CtRmDep_____
_____ Doc. No._____

subsection (C) of §1B1.10 (Reduction in term of imprisonment

as result of amendment Guideline Range Motions under §3582(c)(2)

may be resolved without a hearing, and without the presence

of the defendant. See Fed. R. Crim. P. 43(b)(4). Further since

the court will have already determined drug weight, no additional

fact-finding will be required. I, defendant, Lamont Mathieu

seek relief via motion under §3582(c)(2).

For all the reasons stated above, ~~I respectfully request~~

the Court/Judge to reduce term of imprisonment according to

Amended Guideline Range by the Sentencing Commission and any

other adjustment that may become available.


Respectfully submitted,

Lamont Mathieu
USP Leavenworth
P. O. Box 1000
Leavenworth, Kansas
66048


Offense: Count 2: Possession with Intent to Distribute Cocaine
Base (Crack) 21 U.S.C. §841(a)(1).

Prepared for: Honorable Judge Sarah S. Vance
              United States District Judge

Docket No: 00-00367-001 Section "R"

Total Offense Level: 31

Amount of Crack Cocaine: 314.7 grams

Lamont Mathieu 27315-034
United States Penitentiary
PO Box 1000
Leavenworth, Kansas 66048

KANSAS CITY 641 641

13 FEB 2008 PM 9 L

The Honorable Sarah S. Vance
United States District Judge
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

70130+3302

P.O. BOX 1000
LEAVENWORTH, KANSAS 66048
FEB 1 2 2008
DATE _____

The enclosed letter was processed
through special mailing procedures for
forwarding to you. The letter has been
neither opened nor inspected. If the
writer raises a question or problem over
which this facility has jurisdiction, you
may wish to return the material for further
information or clarification. If the writer
encloses correspondence for forwarding to
another addressee, please return the
enclosure to the above address.

* LEGAL Mail *